UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 7 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SAMUEL RAPPYLEE BATEMAN,

Defendant - Appellant.

No. 26-92

D.C. No.
3:22-cr-08092-SMB-1
District of Arizona,
Prescott

ORDER

The notice of appeal was not filed within 14 days after the district court entered judgment on December 10, 2024. *See* Fed. R. App. P. 4(b)(1)(A). This appeal therefore appears to be late.

Within 21 days, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellant files a statement, appellee may file a response within 10 days. Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT