UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SAMUEL RAPPYLEE BATEMAN, <br><br> Defendant - Appellant. | No. 26-92 <br><br> D.C. No. 3:22-cr-08092-SMB-1 District of Arizona, Prescott <br><br> ORDER |

Before:    CALLAHAN, FRIEDLAND, and BRESS, Circuit Judges.

The court has received the parties' responses to the January 7, 2026, order.

The motion (Docket Entry No. 7) to dismiss this appeal as untimely, contained in

appellee's response to the court's order, is granted. *See* Fed. R. App. P. 4(b)(1)(A);

*United States v. Sadler*, 480 F.3d 932, 941-42 (9th Cir. 2007).

All other pending motions are denied as moot.

**DISMISSED.**